
FILED
CLERK, U.S. DISTRICT COURT
JUN 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>TERRY L. MEISINGER<br>DEFENDANT(S). | CASE NUMBER<br>ED MJ 14-250<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __June 17__, _____, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __6/12/14__        _____
                          U.S. District Judge/Magistrate Judge